ANTONIO O'BRIANT,

     Plaintiff,

vs.

ROSES, LLC aka VARIETY
WHOLESALERS, INC. aka ROSES
DISCOUNT STORES,

     Defendant.

**PETITION FOR REMOVAL**

NOW COMES the Defendant, Roses, LLC aka Variety Wholesalers, Inc. aka Roses Discount Stores, by and through the undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, and hereby provides notice of removal of this civil action to this Court from the Superior Court of Durham County, North Carolina, based upon federal question jurisdiction. In support of such removal, Defendant states the following:

1.     This action was filed on or about January 5, 2026, in the Superior Court of Durham County, North Carolina, as case number 26CVS000068-310;

2.     The Defendant Roses, LLC aka Variety Wholesalers, Inc. aka Roses Discount Stores accepted service of the Complaint on January 9, 2026.

3.     Plaintiff alleges that the Defendant violated his rights under 42 U.S.C. § 1981.  As such, this Court has original jurisdiction over this matter under 28 U.S.C. §1331 and it is removable under 28 U.S.C. § 1441(a);

4.     Plaintiff's state law claims form part of the same case or controversy as to the

federal claims, and this Court has supplemental jurisdiction over such state law claims pursuant to 28 U.S.C. §1367;

5.      All Defendants consent to this removal.

6.      In accordance with 28 U.S.C. § 1446(a), Defendant attaches the Complaint and Civil Summons, as Exhibit A here.

This the 30th day of January, 2026.


**ENNIS BAYNARD MORTON MEDLIN BROWN, PLLC**


By:     */s/  Stephen C. Baynard*_____
STEPHEN C. BAYNARD
NC State Bar No. 19814
PO Drawer 1327
Wrightsville Beach, NC  28480
(910) 256-3992
***Attorney for Defendant***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing *Defendant's Petition of Removal* was this day served upon the following by emailing a copy of such instrument, to:

Tracey Gill
James E. Rogers, P.A.
Post Office Box 25198
Durham, NC 27702
tec@jamesrogers.com
*Attorneys for Plaintiff*

This the 30th day of January, 2026.

**ENNIS BAYNARD MORTON MEDLIN BROWN, PLLC**

By:    */s/  Stephen C. Baynard*_____
STEPHEN C. BAYNARD
NC State Bar No. 19814
PO Drawer 1327
Wrightsville Beach, NC  28480
(910) 256-3992
*Attorney for Defendant*